Opinion filed November 5, 2009











 
 
  
 
 







 
 
  
 
 




Opinion filed November 5, 2009

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-09-00156-CV

                                                    __________

 

            PACKERS PLUS ENERGY SERVICES, INC. ET AL, Appellants

 

                                                             V.

 

             HALLIBURTON
ENERGY SERVICES, INC. ET AL, Appellees

 



 

                                         On
Appeal from the 238th District Court

                                                         Midland
County, Texas

                                                 Trial
Court Cause No. CV44964

 



 

                                              M E
M O R A N D U M   O P I N I O N

The
parties have filed in this court a joint motion to dismiss the appeal.  The
parties state that all matters in controversy have been settled.  The motion is
granted, and the appeal is dismissed.

 

PER CURIAM

 

November 5, 2009

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.